```
FILED
2008 APR 30  PM 4:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ /s/ _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. **08 CR 1367 JLS** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 545 - Importing Merchandise Subject to Seizure |
| VICTOR HUGO RENDON-LARA, | |
| Defendant. | |

The grand jury charges:

On or about April 3, 2008, within the Southern District of California, defendant VICTOR HUGO RENDON-LARA did knowingly and intentionally import and bring into the United States from Mexico certain merchandise, to wit, approximately 102.85 kilograms (approximately 226.27 pounds) of iodine, contrary to law, in that said merchandise had not been presented for inspection and declared as provided by Title 19, United States Code, Section 1461; in violation of Title 18, United States Code, Section 545.

DATED: April 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:nlv:San Diego
4/28/08