UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08cr1367-JLS |
| | ) | |
| Plaintiff, | ) | Date: May 30, 2008 |
| | ) | Time: 1:30 p.m. |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| VICTOR HUGO RENDON-LARA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing pleading has been electronically served this day upon:

> WILLIAM A. HALL
> U.S. Attorney's Office
> 880 Front Street
> San Diego, CA 92101

Dated: May 19, 2008

_s/ Jason I. Ser_
**JASON I. SER**
Attorneys for Mr. Rendon-Lara
Email: jason_ser@fd.org