JASON I. SER
California State Bar Number 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: jason_ser@fd.org

Attorneys for Mr. Rendon-Lara

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr1367-JLS |
| Plaintiff, ) | |
| ) | JOINT MOTION TO CONTINUE |
| v. ) | MOTIONS HEARING |
| VICTOR HUGO RENDON-LARA, ) | |
| Defendant. ) | |

Defendant, VICTOR HUGO RENDON-LARA, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., along with the Assistant United States Attorney assigned to his case, William A. Hall, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to continue the Motions Hearing now scheduled for May 30, 2008 at 1:30 p.m. until June 20, 2008 at 1:30 p.m.

//
//
//

1  Counsel for the government is out of the office this week and defense counsel has not had
2  time to complete investigation and motions due to trial preparation in two ten-year mandatory minimum drug
3  cases set for trial in the month of June.
4  The proposed date and time for the sentencing hearing in this matter were provided by the
5  Court's clerk.

7  Respectfully submitted,

9  */s/ Jason I. Ser*
10 Dated: May 28, 2008      **JASON I. SER**
   Federal Defenders of San Diego, Inc.
   Attorneys for Mr. Rendon-Lara
11 jason_ser@fd.org

13 Dated: May 28, 2008      */s/ William A. Hall*
   **WILLIAM A. HALL**
   Assistant United States Attorney
14 William.Hall2@usdoj.gov