UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>VICTOR HUGO RENDON-LARA,<br><br>　　　　　　Defendant. | )<br>)<br>)   Case No. 08CR1367-JLS<br>)<br>)<br>)   CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

　　　　　Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Motions Hearing has been electronically served this day upon:

　　　　William Hall
　　　　Assistant U.S. Attorney
　　　　880 Front Street
　　　　San Diego, CA  92101


Dated:  May 28, 2008　　　　　　　　　　　　　　　/s/ Jason I. Ser
　　　　　　　　　　　　　　　　　　　　　　　　JASON I. SER
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders
　　　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　　　　　　　jason_ser@fd.org