UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1367-JLS |
| Plaintiff, | ) | |
| v. | ) ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTIONS HEARING |
| VICTOR HUGO RENDON-LARA, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the motions hearing in this matter now scheduled for May 30, 2008 at 1:30 p.m. be continued until June 20, 2008 at 1:30 p.m.

**IT IS SO ORDERED**.

DATED: May 29, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge