| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 253403 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
|   | Email: william.a.hall@usdoj.gov |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1367-JLS |
|---|---|---|
| Plaintiff, | ) | DATE:   June 20, 2008 |
|  | ) | TIME:   1:30 p.m. |
| v. | ) | Before Honorable Janis L. Sammartino |
|  | ) |  |
| VICTOR HUGO RENDON-LARA, | ) | UNITED STATES' RESPONSE TO |
|  | ) | DEFENDANT'S MOTIONS TO: |
| Defendant(s). | ) |  |
|  | ) | (1) COMPEL DISCOVERY AND |
|  | ) |     PRESERVE EVIDENCE; AND |
|  | ) | (2) GRANT LEAVE TO FILE |
|  | ) |     FURTHER MOTIONS |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Response to Defendant's Motions in the above-referenced case. Said Response is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

DATED: June 13, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney