JASON I. SER
California State Bar Number 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: jason_ser@fd.org

Attorneys for Mr. Rendon-Lara

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr1367-JLS |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE MOTIONS HEARING |
| VICTOR HUGO RENDON-LARA, | |
| Defendant. | |

Defendant, VICTOR HUGO RENDON-LARA, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., along with the Assistant United States Attorney assigned to his case, William A. Hall, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to continue the Motions Hearing now scheduled for June 20, 2008 at 1:30 p.m. until August 8, 2008 at 1:30 p.m.

//
//
//

Defense counsel has been engaged in trial preparation and needs additional time to complete investigation in this matter. Furthermore, defense counsel is awaiting transcripts of post-arrest statements in this case.

The proposed date and time for the motion hearing in this matter were provided by the Court's clerk.

Respectfully submitted,

Dated: June 17, 2008
*/s/ Jason I. Ser*
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rendon-Lara
jason_ser@fd.org

Dated: June 17, 2008
*/s/ William A. Hall*
**WILLIAM A. HALL**
Assistant United States Attorney
William.Hall2@usdoj.gov

08cr1367-JLS