UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) |
| Plaintiff, | ) Case No. 08CR1367-JLS ) |
| v. | ) ) |
| | ) CERTIFICATE OF SERVICE |
| VICTOR RENDON-LARA, | ) ) |
| Defendant. | ) ) |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Motions Hearing has been electronically served this day upon:

> William A. Hall
> Assistant U.S. Attorney
> 880 Front Street
> San Diego, CA  92101

Dated:  June 17, 2008                                    /s/ Jason I. Ser
                                                                    JASON I. SER
                                                                    Federal Defenders
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA 92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    jason_ser@fd.org