1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>         Plaintiff,   )<br>  )<br>v.   )<br>  )<br>VICTOR HUGO RENDON-LARA,   )<br>  )<br>         Defendant.   )<br>_____) | Case No. 08cr1367-JLS<br><br>ORDER GRANTING<br>JOINT MOTION TO CONTINUE<br>MOTIONS HEARING |

**IT IS HEREBY ORDERED** that the joint motion to continue the motions hearing in this matter now scheduled for June 20, 2008 at 1:30 p.m. be continued until August 8, 2008 at 1:30 p.m.

**IT IS SO ORDERED**.

DATED: June 18, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge