JASON I. SER
California State Bar Number 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
E-mail:  jason_ser@fd.org

Attorneys for Mr. Rendon-Lara

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr1367-JLS |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE MOTIONS HEARING |
| VICTOR HUGO RENDON-LARA, | |
| Defendant. | |

Defendant, VICTOR HUGO RENDON-LARA, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., along with the Assistant United States Attorney assigned to his case, William A. Hall, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to continue the Motions Hearing now scheduled for August 8, 2008 at 1:30 p.m. until August 15, 2008 at 1:30 p.m.

//
//
//

1  Defense counsel will be out of the district August 8, 2008 to attend a wedding in the family.

2  The proposed date and time for the motion hearing in this matter were provided by the
3  Court's clerk.

Respectfully submitted,

Dated: June 25, 2008
*/s/ Jason I. Ser*
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rendon-Lara
jason_ser@fd.org

Dated: June 25, 2008
*/s/ William A. Hall*
**WILLIAM A. HALL**
Assistant United States Attorney
William.Hall2@usdoj.gov