UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | Case No. 08CR1367-JLS |
| v. | ) ) | |
| VICTOR RENDON-LARA, | ) ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Motions Hearing has been electronically served this day upon:

> William A. Hall
> Assistant U.S. Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: June 25, 2008                          /s/ Jason I. Ser
                                              JASON I. SER
                                              Federal Defenders
                                              225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467 (tel)
                                              (619) 687-2666 (fax)
                                              jason_ser@fd.org