1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | ) | Case No. 08cr1367-JLS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | JOINT MOTION TO CONTINUE |
| | ) | MOTIONS HEARING |
| VICTOR HUGO RENDON-LARA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motions hearing in this matter now scheduled for August 8, 2008 at 1:30 p.m. be continued until August 15, 2008 at 1:30 p.m.

**IT IS SO ORDERED**.

DATED: June 26, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge