**JASON I. SER**
California State Bar No. 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
jason_ser@fd.org

Attorneys for Mr. Rendon-Lara

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08cr1367-JLS |
| Plaintiff, ) | Date: August 15, 2008 |
| ) | Time: 1:30 p.m. |
| v. ) | |
| VICTOR HUGO RENDON-LARA, ) | MOTION FOR LEAVE TO FILE |
| Defendant. ) | MOTIONS IN EXCESS OF 25 PAGES |

The above-named defendant, Victor Hugo Rendon-Lara, by and through counsel, moves this Court for an order granting leave to file motions over twenty-five pages due to complexity of the issues in this case, which include multiple motions to dismiss the indictment and two suppression motions.

Respectfully submitted,

DATED: August 1, 2008
 */s/ Jason I. Ser*
JASON I. SER
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rendon-Lara
E-mail: jason_ser@fd.org