UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>VICTOR HUGO RENDON-LARA,<br><br>        Defendant. | Case No. 08CR1367-JLS<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

> William Hall
> Assistant U.S. Attorney
> 880 Front Street
> San Diego, CA  92101

Dated:  August 1, 2008

        /s/ Jason I. Ser
JASON I. SER
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
jason_ser@fd.org