UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08cr1367-JLS |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION TO |
| v. | ) ) | FILE MOTIONS IN EXCESS OF TWENTY-FIVE PAGES |
| VICTOR HUGO RENDON-LARA, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Good cause having been shown **IT IS HEREBY ORDERED** that counsel for the above-captioned defendant may file motions in excess of twenty-five pages.

**SO ORDERED.**

DATED: August 4, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge