| | |
|---|---|
| 1 | KAREN P. HEWITT |
|  | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
|  | Assistant U.S. Attorney |
| 3 | California State Bar No. 253403 |
|  | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|  | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
|  | Email: william.a.hall@usdoj.gov |
| 6 | |
|  | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1367-JLS | |
|  | ) | | |
| Plaintiff, | ) | DATE: August 15, 2008 | |
|  | ) | TIME: 1:30 p.m. | |
| v. | ) | Before Honorable Janis L. Sammartino | |
|  | ) | | |
| VICTOR HUGO RENDON-LARA, | ) | UNITED STATES' RESPONSE TO DEFENDANT'S ADDITIONAL MOTIONS TO: | |
|  | ) | | |
| Defendant(s). | ) | | |
|  | ) | (1) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF GRAND JURY; | |
|  | ) | (2) PRODUCE GRAND JURY TRANSCRIPTS; | |
|  | ) | (3) DISMISS INDICTMENT BECAUSE IT IS UNCONSTITUTIONALLY VAGUE; | |
|  |   | (4) DISMISS INDICTMENT BECAUSE 18 U.S.C. § 545 IS UNCONSTITUTIONAL; | |
|  |   | (5) DISMISS INDICTMENT BECAUSE IT IS DEFECTIVE; | |
|  |   | (6) STRIKE SURPLUSAGE; | |
|  |   | (7) SUPPRESS DEFENDANT'S STATEMENTS; AND | |
|  |   | (8) GRANT LEAVE TO FILE FURTHER MOTIONS | |

   COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Response to Defendant's Additional Motions in the above-referenced case. Said Response is based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

//

DATED: August 8, 2008.

                                          Respectfully submitted,

                                          KAREN P. HEWITT  
                                          United States Attorney

                                          s/ William A. Hall, Jr.  
                                          WILLIAM A. HALL, JR.  
                                          Assistant United States Attorney